IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  07-cv-00414-WYD-MJW

PHYLLIS NOAKES,

    Plaintiff,

v.

ACCOUNTS RECEIVABLE MANAGEMENT, INC., a New Jersey corporation,

    Defendant.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the parties' Stipulation of Dismissal With Prejudice filed May 14, 2007 (docket #10), pursuant to Fed. R. Civ. P. 41(a)(1)(ii).  The parties state therein that this case has settled and that the parties stipulate to its dismissal on its merits, with prejudice.  Upon consideration of the stipulation and file herein, it is hereby ORDERED that this case is **DISMISSED WITH PREJUDICE**, each party to pay its own attorney's fees and costs.

    Dated:  May 21, 2007

                                    BY THE COURT:

                                    s/ Wiley Y. Daniel
                                    Wiley Y. Daniel
                                    U. S. District Judge